IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01904-CMA-KLM

WINDSOR COURT, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [Docket No. 12; Filed November 23, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered September 12, 2011 [#10] is amended as follows:

- Affirmative Expert Disclosures     December 28, 2011
- Rebuttal Expert Disclosures        January 30, 2012

All other dates and deadlines remain the same.

Dated:  November 28, 2011