IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01904-CMA-KLM

WINDSOR COURT, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulated Motion to Modify Scheduling Order** [Docket No. 15; Filed March 9, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on September 10, 2011 [Docket No. 10] and amended on November 11, 2011 is further modified to extend the following deadline:

- Discovery Deadline                                         **April 11, 2012**

    The Discovery Deadline is extended only for the purposes of: (1) allowing the parties to depose each other's retained bad faith experts; (2) the deposition of Plaintiff's additional Rule 30(b)(6) witness; and (3) production of documents by Plaintiff in response to Defendant's discovery requests.

Dated: March 9, 2012