IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01904-CMA-KLM

WINDSOR COURT, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Stipulated Motion to Modify Scheduling Order** [Docket No. 18; Filed April 11, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**.  The Scheduling Order entered on September 10, 2011 [#10], as amended on November 28, 2011 [#14] and March 9, 2012 [#17], is further modified to extend the following deadline:

- Discovery Deadline                                                           **May 4, 2012**

The Discovery Deadline is extended only to allow the parties to depose each other's retained bad faith expert witnesses and Plaintiff's additional Rule 30(b)(6) witness.

Dated:  April 12, 2012