**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01904-CMA-KLM

WINDSOR COURT, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **5-day jury trial** on the docket of Judge Christine M. Arguello in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **April 22, 2013 at 9:00 a.m.**

A Final Trial Preparation Conference is set for **April 5, 2013 at 9:00 a.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is granted by the Court .**

These proceedings are subject to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the District of Colorado and **the Civil Practice Standards for this**

**courtroom**, a copy of which can be downloaded from the Court's website at

[www.cod.uscourts.gov](http://www.cod.uscourts.gov), under "Judicial Officers' Procedures."

DATED: August 17, 2012

BY THE COURT:

*(signature)*
_____
CHRISTINE M. ARGUELLO
United States District Judge