**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01904-CMA-KLM

WINDSOR COURT, LLC,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 81) as to Plaintiff's claims against Defendant. The Court having reviewed the Stipulation, and being fully advised in the premises, it is hereby

ORDERED that the claims of Plaintiff against Defendant in this action are DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  May  15 , 2013

                              BY THE COURT:

                              *Christine M Arguello*

                              CHRISTINE M. ARGUELLO
                              United States District Judge